UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Terry Yorty, | : | |
|     Plaintiff | : | Case No. 1:14-cv-00208 |
| v. | : | |
| | : | Mag. Judge: Hon. Susan Paradise Baxter |
| Stellar Recovery, Inc., et. al., | : | |
|     Defendants | : | |

JOINT STIPULATION OF DISMISSAL
AS TO ALL PARTIES

It is hereby stipulated and agreed by ALL PARTIES APPEARING IN THIS MATTER, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the within matter is dismissed with prejudice and without costs as to all Parties.

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Piontek Law Office | Fineman, Krekstein & Harris |
| /s/ Vicki Piontek | /s/ Richard J. Perr |
| _____ | _____ |
| Vicki Piontek, Esq. | Richard J. Perr, Esq. |
| 951 Allentown Rd. | Mellon Bank Center |
| Lansdale, PA 19446 | 1735 Market Street, Ste. 600 |
| (215) 290-6444 | Philadelphia, PA 19103-7513 |
| vicki.piontek@gmail.com | (215) 893-8724 |
| | rperr@finemanlawfirm.com |

DATED: January 12, 2015

And now, this __12th__ day of __January__, 2015, the above Stipulation is approved.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge